**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

STEVEN HIRSCH,

    Plaintiffs,

v.   Case No. 8:23-CV-01325-WFJ-TGW

RAWW DIGITAL, LLC

    Defendants.

_____

NOTICE OF SETTLEMENT

Now comes the Plaintiff STEVEN HIRSCH by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") has just been fully executed. Once the Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

DATED: August 28, 2023

                                          **SANDERS LAW GROUP**

                                          By: */s/ Craig Sanders*
                                          Craig Sanders, Esq. (Fla Bar 0985686)

333 Earle Ovington Blvd, Suite 402  
Uniondale, NY 11553  
Tel: (516) 203-7600  
Email: csanders@sanderslaw.group  
File No.: 127820

*Attorneys for Plaintiff*