UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No: 8:23-cv-01325-WFJ-TGW

**Steven Hirsch**,

       Plaintiff,

       v.

**Raww Digital, LLC**,

       Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: August 30, 2023

THIS NOTICE IS JOINTLY SUBMITTED BY:

| **HEITNER LEGAL, PLLC** | **SANDERS LAW GROUP** |
|---|---|
| By: ___/s/ Darren A. Heitner_____<br>Darren A. Heitner, Esq.<br>215 Hendricks Isle,<br>Fort Lauderdale, FL 33301<br>Tel: (954)-558-6999<br>Email: darren@heitnerlegal.com<br>*Attorneys for Defendant* | By: ___/s/Craig B. Sanders_____<br>Craig B. Sanders, Esq.<br>333 Earle Ovington Boulevard, Suite 402<br>Uniondale, NY 11553<br>Tel: (516) 203-7600<br>Email: csanders@sanderslaw.group<br>File No.: 127820<br>*Attorneys for Plaintiff* |

## CONSENT OF COUNSEL FOR DEFENDANT

The undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized him to affix their electronic signature to this Joint Stipulation of Dismissal.

/s/Craig B. Sanders
Craig B. Sanders, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on August 30, 2023 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: August 30, 2023

Respectfully submitted,

**SANDERS LAW GROUP**

By: /s/ Craig B. Sanders
Craig B. Sanders, Esq.
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 127677
*Attorneys for Plaintiff*